JS - 6

**LINK: 14**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-4913 GAF (AGRx) | Date | February 22, 2010 |
|----------|------------------------|------|-------------------|
| Title | Charlotta Bond et al v. Chase Home Finance, LLC et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|------------------------|----------------------|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|----------------------------------|----------------------------------|
| None | None |

**Proceedings:**          **(In Chambers)**

**<u>ORDER RE: REMAND</u>**

    On November 24, 2009, Defendant Chase Home Finance LLC ("Chase") filed a motion to dismiss Plaintiffs' Second Amended Complaint.  (Docket No. 10.)  The Court granted Chase's motion with regard to Plaintiffs' one federal claim, and gave Plaintiffs leave to file an amended complaint no later than January 19, 2010.  (<u>Id.</u>)  Because Plaintiffs failed to adequately plead a federal claim, the Court did not address the remaining state law causes of action.  (<u>Id.</u>)  The Court indicated that if Plaintiffs failed to file an amended complaint, then the Court would exercise its discretion under 28 U.S.C. § 1367(c) and remand the remaining state law claims.  (<u>Id.</u>)

    Plaintiffs have failed to file an amended complaint and the Court therefore **REMANDS** the case to state court pursuant to 28 U.S.C. § 1367(c).

    **IT IS SO ORDERED.**